1  R. Michael Underhill (State Bar #109986)
   Attorney in Charge, West Coast Office
2  Torts Branch, Civil Division
   U.S. Department of Justice
3  7-5395 Federal Building (P.O. Box 36028)
   450 Golden Gate Avenue
4  San Francisco, CA  94102-3463
   Telephone:    415-436-6648
5  Facsimile:    415-463-6632
   E-Mail:       mike.underhill@usdoj.gov
6
   Attorneys for Defendant
7  UNITED STATES OF AMERICA

8  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   Eric Danoff (State Bar #60915)
9  49 Stevenson Street, Suite 400
   San Francisco, CA  94105
10 Telephone:    415-227-9455
   Facsimile:    415-227-4255
11 E-Mail:       edanoff@edptlaw.com

12 Of Counsel to Defendant
   UNITED STATES OF AMERICA
13

14                 UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                      OAKLAND DIVISION

17

18 JOHN WARIT,                            Case No.  C 05-01472 SBA

19           Plaintiff,                   **STIPULATION AND ORDER
                                          CONTINUING DEADLINE FOR
20      vs.                               MEDIATION**

21 UNITED STATES OF AMERICA,

22           Defendant.

23

24      Plaintiff John Warit and defendant United States stipulate and request the Court to order

25 that the mediation deadline be extended from February 28, 2006, to March 30, 2006.  The Court

26 set the deadline in its Civil Case Management Conference Minutes, dated September 28, 2005.

27 The parties set a mediation for February 23, 2006, before mediator Matthew Vafidis.  One key

28 issue in the case is the nature and extent of plaintiff Warit's injuries, and whether such injuries

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

are permanent and cause permanent disability.  An independent medical examination of

Mr. Warit was set for January 17, 2006, which would have provided sufficient time in advance

of the mediation for the doctor to prepare a report and for the parties to consider it.  Mr. Warit,

however, was in the Philippines for several months in the latter part of 2005 and the early part of

2006, including on January 17, 2006.  Therefore he was unable to attend the independent

medical examination, which could not be rescheduled until he returned.  The examination is now

set for March 8, 2006.  The parties have tentatively agreed, subject to the Court's extending the

mediation deadline, to hold the mediation on March 29, 2006.  All parties, all attorneys, and the

mediator can attend on that date.

The parties therefore jointly request that the Court extend the mediation deadline through

March 30, 2006.

DATED:  February 13, 2006          LAW OFFICES OF LYLE C. CAVIN, JR.


By_____/s/_____
           Chris Goodroe
Attorneys for Plaintiff
JOHN WARIT

DATED:  February 13, 2006          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP


By_____/s/_____
           Eric Danoff
Of Counsel to Defendant
UNITED STATES OF AMERICA

SO ORDERED.


DATED:  2/24/06          _____
                                      U.S. District Judge

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105