IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARIT, | No. C 05-01472 SBA |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

   The parties hereto, by their counsel, having advised the Court that they have reached an agreed-upon settlement to the dismissal of this cause,

   IT IS HEREBY ORDERED that this cause be dismissed with prejudice, each party to bear its own costs.

Dated: 4/20/06

SAUNDRA BROWN ARMSTRONG
United States District Judge